# EXHIBIT 1

**HCDistrictclerk.com**     SCHLUMBERGER N V vs. US OIL GUATEMALA S A     3/19/2025
Cause: 202505456     CDI: 7     Court: 164

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

CASE DETAILS

| | |
|---|---|
| **File Date** | 1/27/2025 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 164th |
| **Address** | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:8329272380 |
| **JudgeName** | C. ELLIOTT THORNTON |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| SCHLUMBERGER N V | PLAINTIFF - CIVIL | | STENGLEIN, FRANZ MICHAEL |
| US OIL GUATEMALA S A | DEFENDANT - CIVIL | | |
| SCHLUMBERGER SURENCO S.A. | PLAINTIFF - CIVIL | | STENGLEIN, FRANZ MICHAEL |
| SCHLUMBERGER INTERNATIONAL OILFIELD INVESTMENT LIMITED F/K/A OCULTUN INV | PLAINTIFF - CIVIL | | STENGLEIN, FRANZ |

MICHAEL

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/27/2025 | ORIGINAL PETITION | | | 0 | | STENGLEIN, FRANZ MICHAEL | SCHLUMBERGER N V |
| 1/27/2025 | ORIGINAL PETITION | | | 0 | | STENGLEIN, FRANZ MICHAEL | SCHLUMBERGER SURENCO S.A. |
| 1/27/2025 | ORIGINAL PETITION | | | 0 | | STENGLEIN, FRANZ MICHAEL | SCHLUMBERGER INTERNATIONAL OILFIELD INVESTMENT LIMITED F/K/A OCULTUN INV |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | | US OIL GUATEMALA S A | 1/27/2025 | 1/28/2025 | | | | 74431654 | E-MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 119226083 | Ricardo A. Ampudia's Unopposed Motion for Pro Hac Vice Admission | | 02/28/2025 | 6 |
| -> 119226084 | Exhibit A | | 02/28/2025 | 2 |
| 119226085 | Joseph R. Callister's Unopposed Motion in Support of Ricardo A. Ampudia's Unopposed Motion for Pro Hac Vice | | 02/28/2025 | 3 |
| -> 119226086 | Proposed Order Granting Ricardo A. Ampudia's Unopposed Motion for Pro Hac Vice Admission | | 02/28/2025 | 2 |
| 119087248 | Rule 119 Memorandum of Acceptance of Service | | 02/21/2025 | 3 |
| 118634106 | Petition for Declaratory Relief and Application to Stay Arbitration | | 01/27/2025 | 9 |
| | Petition for Declaratory Relief and Application to Stay Arbitration | | 01/27/2025 | |
| -> 118634107 | Exhibit A | | 01/27/2025 | 10 |
| | Exhibit A | | 01/27/2025 | |
| 118634106 | Petition for Declaratory Relief and Application to Stay Arbitration | | 01/27/2025 | 9 |
| -> 118634107 | Exhibit A | | 01/27/2025 | 10 |