# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SCHLUMBERGER N.V., SCHLUMBERGER SURENCO S.A., and SCHLUMBERGER INTERNATIONAL OILFIELD INVESTMENT LIMITED F/K/A OCULTUN INVESTMENT COMPANY LIMITED, <br><br>*Plaintiffs*, <br><br>v. <br><br>US OIL OF GUATEMALA S.A., <br><br>*Defendant*. | § § § § § § § § § § § § § § § § § | Civil Case No. 25-1297 |

**INDEX OF MATTERS BEING FILED**

| Exhibit | Description |
|---|---|
| 1 | Texas Action Docket Sheet |
| 2 | Index of Matters Being Filed |
| 3 | Texas Petition and Notice of Arbitration |
| 4 | Service of Process Return |
| 5 | List of Counsel of Record |

1