# EXHIBIT 4

Case 4:25-cv-01297   Document 1-4   Filed on 03/19/25 in TXSD   Page 2 of 4

2/21/2025 8:23 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 97633543
By: Alan Robledo
Filed: 2/21/2025 8:23 AM

CAUSE NO. 202505456

| | | |
|---|---|---|
| SCHLUMBERGER N.V.; <br> SCHLUMBERGER SURENCO S.A.; <br> SCHLUMBERGER INTERNATIONAL OILFIELD INVESTMENT LIMITED F/K/A OCULTUN INVESTMENT COMPANY LIMITED; <br><br> Plaintiffs, <br><br> v. <br><br> US OIL GUATEMALA S.A. <br><br> Defendant. | § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br> HARRIS COUNTY, TEXAS <br><br><br><br><br> 164TH JUDICIAL DISTRICT |

## RULE 119 MEMORANDUM OF ACCEPTANCE OF SERVICE

STATE OF FLORIDA

COUNTY OF BROWARD

Before me, the undersigned notary on this day personally appeared Ricardo Ampudia, who, following administration of an oath, testified as follows:

I, Ricardo Ampudia, am an attorney for US Oil Guatemala S.A. ("US Oil") in this case and authorized to sign this memorandum and accept service of process on behalf of US Oil. Plaintiffs have given me a copy of the Plaintiffs' Petition for Declaratory Relief and Application to Stay Arbitration (the "Petition"). Pursuant to Texas Rule of Civil Procedure 119, I hereby accept service of Plaintiffs' Petition and process on behalf of US Oil as of February 17, 2025. US Oil does not waive any defenses or claims by my executing this acceptance of service and reserves all defenses, claims, and other rights relating to this matter, including but not limited to any arguments that Plaintiffs' Petition should be adjudicated by an arbitrator.

I declare that the above statements are true and correct.

Executed in BROWARD County, FLORIDA on February 20, 2025. [Prince William] [Virginia]

Ricardo Ampudia
Rimon, P.C.
Counsel for US Oil Guatemala S.A.

Sworn to and subscribed before me by   Ricardo Ampudia   on February 20th, 2025.

Notary Public    8049360
My Commission Expires 02/28/2027

Notarized remotely online using communication technology via Proof.

Mark Christopher Hewitt
REGISTRATION NUMBER
8049360
COMMISSION EXPIRES
February 28, 2027

Notary Public in and for the State of  Virginia

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeremy Worsham on behalf of Matthew Vandenberg
Bar No. 24079501
jworsham@kslaw.com
Envelope ID: 97633543
Filing Code Description: No Fee Documents
Filing Description: Rule 119 Memorandum of Acceptance of Service
Status as of 2/21/2025 8:50 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Robert M.Hill | | rhill@kslaw.com | 2/21/2025 8:23:39 AM | SENT |
| Matt Vandenberg | | mvandenberg@kslaw.com | 2/21/2025 8:23:39 AM | SENT |
| Mike Stenglein | | mstenglein@kslaw.com | 2/21/2025 8:23:39 AM | SENT |
| Jeremy Worsham | | jworsham@kslaw.com | 2/21/2025 8:23:39 AM | SENT |
| Joseph Callister | | joseph.callister@rimonlaw.com | 2/21/2025 8:23:39 AM | SENT |
| Ricardo Ampudia | | ricardo.ampudia@rimonlaw.com | 2/21/2025 8:23:39 AM | SENT |