# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCHLUMBERGER N.V., SCHLUMBERGER SURENCO S.A., and SCHLUMBERGER INTERNATIONAL OILFIELD INVESTMENT LIMITED F/K/A OCULTUN INVESTMENT COMPANY LIMITED, <br><br>*Plaintiffs*, <br><br>v. <br><br>US OIL OF GUATEMALA S.A., <br><br>*Defendant*. | Civil Case No. 25-1297 |

**LIST OF COUNSEL OF RECORD**

| Plaintiffs' Counsel | Defendant's Counsel |
|---|---|
| **KING & SPALDING LLP** <br> **Mike Stenglein** <br> Texas Bar No. 00791729 <br> **Matt Vandenberg** <br> Texas Bar No. 24079501 <br> **Robert M. Hill** <br> Texas Bar No. 24125624 <br> 500 W. 2nd Street, Suite 1800 <br> Austin, TX 78701 <br> Telephone: (512) 457-2003 <br> mstenglein@kslaw.com <br> mvandenberg@kslaw.com <br> rhill@kslaw.com | **RIMON P.C.** <br> **Joseph R. Callister** <br> Texas Bar No. 24059054 <br> 17304 Preston Road, Suite 800 <br> Dallas, TX 75252 <br> Telephone & Fax: (214) 306-7996 <br> Email: joseph.callister@rimonlaw.com <br><br> **Ricardo A. Ampudia** <br> Florida Bar No. 124293 <br> 333 SE 2nd Avenue, Suite 2000 <br> Miami FL 33131 <br> Telephone & Fax: 202.991.1516 <br> Email: ricardo.ampudia@rimonlaw.com |