UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25−cv−01297 |
|---|---|---|---|

Schlumberger, N.V. et al

*versus*

US Oil of Guatemala S.A.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ricardo A. Ampudia, Esq. B.C.S.<br>Rimon, P.C.<br>333 SE 2nd Avenue, Suite 2000<br>Miami, FL 33131<br>(786) 930-4592<br>ricardo.ampudia@rimonlaw.com<br>Florida Bar No. 124293<br>New York Bar No. 4902847 |
|---|---|

| Name of party applicant seeks to appear for: | US Oil of Guatemala S.A. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/26/2025 | Signed: /s/ Ricardo A. Ampudia |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                                    **This lawyer is admitted *pro hac vice*.**

Dated: _____               _____
                                              United States District Judge