United States District Court
Southern District of Texas

**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-01297 |
|---|---|---|---|

| Schlumberger, N.V. et al |
|---|
| *versus* |
| US Oil of Guatemala S.A. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ricardo A. Ampudia, Esq. B.C.S.<br>Rimon, P.C.<br>333 SE 2nd Avenue, Suite 2000<br>Miami, FL 33131<br>(786) 930-4592<br>ricardo.ampudia@rimonlaw.com<br>Florida Bar No. 124293<br>New York Bar No. 4902847 |
|---|---|

| Name of party applicant seeks to appear for: | US Oil of Guatemala S.A. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/26/2025 | Signed: | /s/ Ricardo A. Ampudia |
|---|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 3/27/2025 | Clerk's signature | /s/ Lisa R. Edwards |

### Order

Dated: 3/27/2025

This lawyer is admitted *pro hac vice*.

_____
United States District Judge