UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCHLUMBERGER N.V., SCHLUMBERGER SURENCO S.A., and SCHLUMBERGER INTERNATIONAL OILFIELD INVESTMENT LIMITED F/K/A OCULTUN INVESTMENT COMPANY LIMITED,<br><br>*Plaintiffs*,<br><br>and<br><br>CITY PETEN S. DE R.L., CITY ORIENTE, INC., FORD FAMILY RESOURCES, INC., FORD RESOURCES LLC, CITY COMBUSTIBLES S.A., DONALD HENRY FORD, JAMES PATRICK FORD, KYLE FORD, RUTH FORD, AND DONALD FORD, JR.<br><br>*Intervenor Plaintiffs*,<br><br>v.<br><br>US OIL GUATEMALA S.A.,<br><br>*Defendant*. | Civil Case No. 4:25-cv-1297<br><br>Judge Dena H. Palermo |

**DEFENDANT US OIL GUATEMALA S.A.'S RESPONSE TO
PLAINTIFF'S OBJECTIONS TO NOTICE OF INTENT TO DISMISS
AND UPDATE REGARDING RESOLUTION OF ARBITRABILITY DISPUTE**

Pursuant to the Court's Order (ECF No. 34), Defendant US Oil Guatemala S.A. ("USOG" or "Defendant") hereby files this response to Plaintiffs' objections to Defendant's Notice of Intent to Dismiss and Update Regarding Resolution of Arbitrability Dispute, and would show the Court as follows:

This action involves claims by Plaintiffs Schlumberger, N.V., Schlumberger Surenco S.A.,

1

and Schlumberger International Oilfield Investment Limited (collectively, "Schlumberger" or "Plaintiffs") and Intervenor Plaintiffs City Combustibles S.A. ("City Combustibles") and James Patrick Ford ("Ford"; together with City Combustibles, the "City Parties" or "Intervenor Plaintiffs") (Plaintiffs and Intervenor Plaintiffs, the "Plaintiff Parties" or "Non-Signatory Respondents") that contest their participation as respondents in the underlying UNCITRAL arbitration filed by USOG (the "Arbitration").

### USOG Dismissed the Plaintiff Parties From the Arbitration

On February 2, 2026, USOG filed its Notice of Intent to Dismiss Non-Signatory Respondents in the Arbitration Proceeding ("Notice of Intent"; ECF No. 34), advising the Court that USOG had agreed to dismiss the Plaintiff Parties from the Arbitration. USOG further advised that it was coordinating with these parties to finalize settlement agreements and dismissal papers to fully resolve this action. USOG will now provide the Court with a comprehensive report on its efforts to resolve this action pursuant to its Notice of Intent.

On February 9, 2024, USOG filed its Second Amended Notice of Arbitration, wherein it:

> [W]ithdraws and dismisses its claims against City Combustibles S.A., James Patrick Ford, the Ministry of Energy and Mines of Guatemala, Erick Estuardo Archila Dehesa, and the Schlumberger entities (Schlumberger Surenco S.A., Occultun Investment Company Limited, and Schlumberger International Oilfield Investment Limited) in this arbitration as to the claims asserted herein.

*See* Second Amended Notice, attached hereto as Exhibit A at ¶ 17. In this filing, USOG further "covenanted not to bring these dismissed claims against the Schlumberger entities, City Combustibles, and James Patrick Ford in an arbitration proceeding" again, except for a narrow exception: if "Claimant subsequently discovers new material evidence showing that any of these dismissed parties consented to arbitrate such claims." Ex. A. at ¶ 17.

### USOG Finalized a Settlement Agreement With Schlumberger and Further Dismissed the Plaintiff Parties From the Arbitration

After filing the Notice of Intent, USOG sent draft settlement agreements to counsel for both the Schlumberger Parties and City Parties. On February 20, 2026, USOG and Schlumberger finalized a settlement agreement, which USOG executed and delivered. Schlumberger's counsel advised via email on February 24, 2026: "We agree that we have a finalized settlement agreement that USOG has executed and the SLB entities are in the process of executing." Under the terms of the Settlement Agreement, USOG and Schlumberger have agreed to the following key provisions:

- Dismissal from Arbitration: USOG agreed to fully dismiss Schlumberger from the Arbitration.

- Covenant Not to Re-Assert Claims in Arbitration: USOG covenanted not to assert any claims against Schlumberger in the Arbitration or any subsequent arbitration proceeding.

- Joint Motion and Stipulated Judgment: USOG and Schlumberger agreed to jointly file a motion for entry of a Stipulated Judgment and Order in this federal action that will fully resolve and dismiss all claims asserted by Schlumberger against USOG.

- Representations: Schlumberger represented that it had not joined, ratified, or otherwise consented to the arbitration provisions giving rise to the Arbitration.

Pursuant to this Settlement Agreement, USOG filed an updated "Arbitration Dismissal Filing" in the Arbitration on February 24, 2026, wherein it "fully" dismissed all claims asserted in the Arbitration against the Plaintiff Parties, acknowledged that these claims would not be arbitrable, and withdrew its prior reservation of rights in the Second Amended Notice to assert these claims via arbitration under certain limited conditions. See USOG's Dismissal Filing, attached hereto as Exhibit B at ¶¶ 4-5. While USOG reserved the right to bring the substantive claims against the Plaintiff Parties in a court of competent jurisdiction, it fully dismissed and released any right to *arbitrate* such claims. *Id.* at ¶ 6.

While Schlumberger's counsel asked USOG not to attach the Settlement Agreement to this

Response, he agreed that USOG could file a copy of the Agreed Motion for Entry of Stipulated Judgment and Stipulated Judgment and Order that USOG and Schlumberger have agreed to file to resolve this action pursuant to the Settlement Agreement. *See* Exhibit C. Schlumberger's counsel further advised that USOG could advise the Court that Schlumberger "will file the motion and proposed order once a countersigned copy of the agreement has been exchanged." USOG has provided an executed copy of the agreement and Schlumberger's counsel will therefore file the Agreed Motion and Stipulated Order once Schlumberger has counter-signed the agreement. The Stipulated Judgment and Order will fully resolve all claims in this action asserted by and between Schlumberger and USOG.

### USOG Continues to Pursue a Settlement Agreement with the City Parties, But Has Fully Dismissed Them From the Arbitration

As noted above, USOG's February 24, 2026 Arbitration Dismissal Filing also fully dismissed City Combustibles and Ford from the Arbitration. USOG has provided City Combustibles and Ford with a copycat settlement agreement, joint motion, and stipulated judgment and order, all materially the same as with Schlumberger. Counsel for City Combustibles and Ford has advised that his clients are reviewing these documents, but that he has been out of town attending a funeral.

While USOG has not yet finalized and executed a settlement agreement with City Combustibles and Ford, USOG has nevertheless fully dismissed them from the Arbitration, thereby eliminating any arbitrability dispute as to these parties as well.

### The Pending MSJs and All Underlying Claims are Mooted by USOG's Dismissal Filings in the Arbitration

The pending Motions for Summary Judgment and underlying claims asserted in this action are now fully resolved and mooted as a result of USOG's dismissal of Schlumberger, City

Combustibles, and Ford from the Arbitration. There is no longer any justiciable controversy concerning whether these parties are proper parties to the Arbitration or whether they should be compelled to arbitrate USOG's claims. USOG has acknowledged that no arbitration agreement exists with these parties, has dismissed them from the Arbitration, has covenanted not to re-assert claims against them in arbitration, and has agreed (or is working to agree) to entry of stipulated judgments confirming these commitments.

Consequently, all claims asserted by Schlumberger, City Combustibles, and Ford in this federal action—including their pending motions for summary judgment (Dkts. 27 and 28)—are fully moot. These parties sought declarations that they cannot be compelled to arbitrate, and USOG has now provided exactly that relief by dismissing them from the Arbitration and agreeing not to pursue arbitration against them. There is simply no remaining dispute for this Court to resolve.

### **Conclusion**

USOG respectfully submits that the actions it has taken—dismissing all non-signatory respondents from the Arbitration, entering into a settlement agreement with Schlumberger, pursuing a settlement agreement in good faith with the City Parties, and agreeing to entry of stipulated judgments—have fully and finally resolved the arbitrability disputes that form the basis of this federal action. The pending motions for summary judgment are moot, and USOG anticipates that this case will be fully resolved through the forthcoming filing of the joint motions and entry of stipulated judgments in the near future. USOG will continue to coordinate with Schlumberger, City Combustibles, and Ford to finalize all necessary documentation and will promptly advise the Court once all dismissal papers have been filed.

Respectfully submitted on this 24th day of February, 2026, by:

**RIMON P.C.**

By: */s/Joseph R. Callister*
Joseph R. Callister
Texas Bar No. 24059054
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone & Fax: (214) 306-7996
Email: joseph.callister@rimonlaw.com


*Ricardo A. Ampudia
Florida Bar No. 124293
333 SE 2nd Avenue, Suite 2000
Miami FL 33131
Telephone & Fax: 202.991.1516
Email: ricardo.ampudia@rimonlaw.com

*Counsel for Defendant US Oil Guatemala S.A.*

*\*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served on all counsel pursuant to the Federal Rules of Civil Procedure on February 25, 2026.

*/s/ Joseph R. Callister*
Joseph R. Callister
